# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
§
GINA L MANARIN § Case No. 15-28111
§
§
_____Debtor_____ §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 13,770.00                         Assets Exempt: 20,900.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 84,586.97         Claims Discharged
                                                    Without Payment: 124,474.14

Total Expenses of Administration: 17,313.03

---

3) Total gross receipts of $ 114,900.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 13,000.00  (see **Exhibit 2**), yielded net receipts of $ 101,900.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 89,970.80 | $ 80,562.42 | $ 80,562.42 | $ 80,562.42 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 17,313.03 | 17,313.03 | 17,313.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,000.00 | 406.94 | 406.94 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 38,702.50 | 7,098.45 | 7,098.45 | 4,024.55 |
| **TOTAL DISBURSEMENTS** | $ 129,673.30 | $ 105,380.84 | $ 105,380.84 | $ 101,900.00 |

   4)  This case was originally filed under chapter 7 on  08/17/2015 .  The case was pending for 21 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  05/01/2017            By:/s/Peter N. Metrou, Trustee
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| LOCATION: 312 WEST NORTH STREET, PEOTONE IL 60468 | 1110-000 | 114,900.00 |
| **TOTAL GROSS RECEIPTS** | | **$114,900.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| First American Title Company | Exemptions | 8100-002 | 13,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 13,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Caf/Carmax Auto Finance Attn: Bankruptcy Po Box 440609 Kennesaw, GA 30160 | | 16,203.00 | NA | NA | 0.00 |
| | Nationstar Mortgage LLC Attn: Bankruptcy 350 Highland Dr Lewisville, TX 75067 | | 72,400.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Will County Collector P.O. Box 5000 Joliet, IL 60434-5000 | | 1,367.80 | NA | NA | 0.00 |
| | First American Title Company | 4110-000 | NA | 80,562.42 | 80,562.42 | 80,562.42 |
| **TOTAL SECURED CLAIMS** | | | **$ 89,970.80** | **$ 80,562.42** | **$ 80,562.42** | **$ 80,562.42** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 4,000.00 | 4,000.00 | 4,000.00 |
| Peter N. Metrou | 2200-000 | NA | 24.47 | 24.47 | 24.47 |
| First American Title Company | 2500-000 | NA | 2,965.75 | 2,965.75 | 2,965.75 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| CLERK OF THE COURT | 2700-000 | NA | 176.00 | 176.00 | 176.00 |
| First American Title Company | 2820-000 | NA | 4,891.81 | 4,891.81 | 4,891.81 |
| First American Title Company | 3510-000 | NA | 5,245.00 | 5,245.00 | 5,245.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 17,313.03** | **$ 17,313.03** | **$ 17,313.03** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE | 5800-000 | 1,000.00 | 406.94 | 406.94 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 1,000.00 | $ 406.94 | $ 406.94 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Christ Hospital Attn: Patient Accounts 4440 95th Street Oak Lawn, IL 60453 | | 0.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 4,719.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 25,683.00 | NA | NA | 0.00 |
| | Dr. Balandrin 4700 W 95th Street, #208 Oak Lawn, IL 60453 | | 0.00 | NA | NA | 0.00 |
| | United Recovery Service, LLC 18525 Torrence Ave Suite C-6 Lansing, IL 60438 | | 620.50 | NA | NA | 0.00 |
| 3 | CAPITAL RECOVERY V, LLC | 7100-000 | 1,466.00 | 1,466.70 | 1,466.70 | 792.94 |
| | CLERK OF THE BANKRUPTCY COURT | 7100-000 | NA | 406.94 | 406.94 | 406.94 |
| 1 | DISCOVER BANK | 7100-000 | 5,214.00 | 5,214.53 | 5,214.53 | 2,819.11 |
| 2 | INTERNAL REVENUE SERVICE | 7100-000 | 1,000.00 | 10.28 | 10.28 | 5.56 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 38,702.50 | $ 7,098.45 | $ 7,098.45 | $ 4,024.55 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-28111 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | GINA L MANARIN | | | | Date Filed (f) or Converted (c): | 08/17/2015 (f) |
| | | | | | 341(a) Meeting Date: | 09/10/2015 |
| For Period Ending: | 05/01/2017 | | | | Claims Bar Date: | 12/14/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 312 WEST NORTH STREET, PEOTONE IL 60468 | 120,000.00 | Unknown | | 114,900.00 | FA |
| 2. FIRST MIDWEST BANK PERSONAL CHECKING ACCOUNT | 670.00 | 0.00 | | 0.00 | FA |
| 3. TCF BANK BUSINESS CHECKING ACCOUNT | 5,000.00 | 0.00 | | 0.00 | FA |
| 4. LOCATION: 312 WEST NORTH STREET, PEOTONE IL 60468 | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. LOCATION: 312 WEST NORTH STREET, PEOTONE IL 60468 | 500.00 | 0.00 | | 0.00 | FA |
| 6. LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 7. COSMETOLOGY LICENSE | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2012 FORD FOCUS | 13,000.00 | 0.00 | | 0.00 | FA |
| 9. SCISSORS, COMBS, STYLING PRODUCTS, HAIR COLORING P | 1,500.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $141,670.00 | $0.00 | | $114,900.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Employed real estate Broker to list real estate on 9/18/2015 see Dkt# 14. Employ Counsel granted on 9/30/2015 see Dkt# 20. Motion to sell real estate entered 10/21/2016 see Dkt# 29. TFR filed on 11/22/2016 see Dkt# 33.

Initial Projected Date of Final Report (TFR): 09/01/2015     Current Projected Date of Final Report (TFR): 03/28/2017

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-28111 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: GINA L MANARIN | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5769 |
| | Checking |
| Taxpayer ID No: XX-XXX4233 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 05/01/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/27/16 | | First American Title Company 18501 Maple Creek Drive, Suite 950 Tinley Park, IL 60477 | Liquidation of Sale of Real Estate | | $8,235.02 | | $8,235.02 |
| | | | Gross Receipts  $114,900.00 | | | | |
| | | | Broker Commissions  ($5,245.00) | 3510-000 | | | |
| | | | Debtors' Exemptions  ($13,000.00) | 8100-002 | | | |
| | | | Tax and Tax Credits  ($4,891.81) | 2820-000 | | | |
| | | | Closing Costs  ($2,965.75) | 2500-000 | | | |
| | | | ($80,562.42) | 4110-000 | | | |
| | 1 | | LOCATION: 312 WEST NORTH STREET, PEOTONE IL 60468  $114,900.00 | 1110-000 | | | |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $8,225.02 |
| 01/09/17 | 101 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL 60543 | Distribution | | | $4,024.47 | $4,200.55 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order.  ($4,000.00) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order.  ($24.47) | 2200-000 | | | |
| 01/09/17 | 102 | CLERK OF THE COURT Attn: Fiscal Dept. 219 South Dearborn St., 7th Floor Chicago, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $176.00 | $4,024.55 |

Page Subtotals:  $8,235.02   $4,210.47

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-28111 | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | GINA L MANARIN | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5769 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4233 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 05/01/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/09/17 | 103 | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATION P.O.BOX 7346 PHILADELPHIA, PA 19101-7346 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 5800-000 | | $406.94 | $3,617.61 |
| 01/09/17 | 104 | DISCOVER BANK Discover Products Inc PO Box 3025 New Albany, OH  43054-3025 | Final distribution to claim 1 representing a payment of 54.06 % per court order. | 7100-000 | | $2,819.11 | $798.50 |
| 01/09/17 | 105 | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATION P.O.BOX 7346 PHILADELPHIA, PA 19101-7346 | Final distribution to claim 2 representing a payment of 54.06 % per court order. | 7100-000 | | $5.56 | $792.94 |
| 01/09/17 | 106 | CAPITAL RECOVERY V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL  33131-1605 | Final distribution to claim 3 representing a payment of 54.06 % per court order. | 7100-000 | | $792.94 | $0.00 |
| 04/10/17 | 103 | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATION P.O.BOX 7346 PHILADELPHIA, PA 19101-7346 | Final distribution to claim 2 representing a payment of 100.00 % per court order. Reversal | 5800-000 | | ($406.94) | $406.94 |
| 04/12/17 | 107 | CLERK OF THE BANKRUPTCY COURT 219 S. Dearborn Chicago, IL  60604 | Unclaimed Funds Check no. 103 not cashed within 90 days. | 7100-000 | | $406.94 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $8,235.02 | $8,235.02 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $8,235.02 | $8,235.02 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,235.02 | $8,235.02 |

Page Subtotals: $0.00   $4,024.55

UST Form 101-7-TDR (10/1/2010) (Page: 9)

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5769 - Checking | $8,235.02 | $8,235.02 | $0.00 |
| | $8,235.02 | $8,235.02 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $106,664.98 |
| Total Net Deposits: | $8,235.02 |
| Total Gross Receipts: | $114,900.00 |